**John R. McINERNEY, Receiver of the Lincoln Park National Bank, v. Frederic L. LOWRIE.**

No. 7590.

Circuit Court of Appeals, Sixth Circuit.

Jan. 11, 1939.

McLeod, Fixel & Fixel, of Detroit, Mich., for appellant.

Van Osdol, McGregor & Dixon, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be dismissed pursuant to stipulation of counsel.

**John H. McKAY, Appellant, v. UNITED STATES of America, Appellee.**

No. 4410.

Circuit Court of Appeals, Fourth Circuit.

Dec. 22, 1938.

Robert B. McDougle and Wm. Bruce Hoff, both of Parkersburg, W. Va., for appellant.

Joe V. Gibson, U. S. Atty., of Kingwood, W. Va., for the United States.

PER CURIAM.

Case entered dismissed under Rule 23, in accordance with agreement of attorneys.

**MARWILL TRADING CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 154.

Circuit Court of Appeals, Second Circuit.

Feb. 20, 1939.

Wilton H. Wallace and Joseph C. McGarraghy, both of Washington, D. C. (Colladay, McGarraghy, Colladay & Wallace, of Washington, D. C., of counsel), for petitioner.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Howard P. Locke, Sp. Assts. to Atty. Gen., both of Washington, D. C., for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

**In the Matter of Henry MILLER, Bankrupt.**

No. 211.

Circuit Court of Appeals, Second Circuit.

Feb. 6, 1939.

Michael E. Rosenstein, of New York City, for appellants.

Harry Loeb Mostow, of New York City, for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Orders affirmed on authority of In re Fishel, 2 Cir., 198 F. 464, and In re Prince, 2 Cir., 89 F.2d 681, 684.